IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, COUNTY OF DEKALB, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY JERMAINE DAVIS, <br><br> Defendant pro se. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-003937-WSD |

## FINAL REPORT AND RECOMMENDATION

On October 21, 2016, defendant pro se, Jeremy Jermaine Davis, requested to remove this case in forma pauperis ("IFP") [1] from the State Court of DeKalb County. However, the Court could not determine Mr. Davis's status as a pauper, because his IFP application was insufficient.

Accordingly, the Court directed Mr. Davis to submit a completed form application to proceed IFP and affidavit of indigence, or submit the full removal filing fee of $400.00. (See Order of Oct. 24, 2016 [2], at 2.) The Court warned Mr. Davis that failure to do so would result in a recommendation that this case be dismissed for failure to prosecute (Id.). See N.D. Ga. R. 41.3(A)(2) (permitting

court to dismiss civil case for want of prosecution if a "plaintiff or plaintiffs attorney shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case"); Fed. R. Civ. P. 41.

The undersigned **REPORTS** that Mr. Davis has not complied with the Order. Accordingly, it is **RECOMMENDED** that this matter be **DISMISSED** for want of prosecution.

The Clerk is **DIRECTED** to terminate the reference to the Magistrate Judge.

**SO RECOMMENDED**, this 2nd day of December, 2016.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2